# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

JUN 01 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John HuchABee ,

                Plaintiff

                vs.

BLAne A. LAW
BrittAnY P. Greene
B. Little
Eric Wohlfeil
d. HAsten
mArgAret MAdole
Illinois depArtment Of Corrections
western Illinois C.C.,

                Defendant(s)

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*_____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: John Louis Huchabee Jr

Prison Identification Number: M15075

Current address: 2500 route 99 s
mt Sterling. Illinois. 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Blane A. Law

Current Job Title: Correctional Officer

Current Work Address 2500 route 99 s
mt Sterling. Illinois. 62353

Defendant #2:

Full Name: Brittany P. Greene

Current Job Title: Warden

Current Work Address 2500 route 99 s
mt Sterling. Illinois. 62353

Defendant #3:

Full Name: B. Little

2

Current Job Title: Mental Health

Current Work Address 2500 route 99 S

mt sterling. illinois. 62353

Defendant #4:

Full Name: Eric Wohlfeil

Current Job Title: Counselor_Gvielance offiler

Current Work Address 2500 route 99 S

mt sterling. illinois. 62353

Defendant #5:

Full Name: d. Hasten

Current Job Title: Counselor_Gvielance offiler

Current Work Address 2500 route 99 S

mt sterling. illinois. 62353

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑          No ☐

3

federal jurisdiction

defendant #6
Margaret Madole
Admonistrative   review Board
1301 concordia court
P.O Box 19277
Springfield. Illinois. 62794

defendant #7

Western Illinois C.C
facility
2500 route 99 s
Mt Sterling. Illinois. 62353

defendant #8

Illinois department of corrections
facility
1301 concordia court
P.O Box 19277
Springfield. Illinois. 62794

C. If your answer to B is yes, how many? ___1___ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number 22_CV_1084

2. Basic claim made EXCeSSPUe fOVCe

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) PenDPnG

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☑ No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the Occurrence _____

Date(s) of the occurrence _____

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8 (a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. it is best to include only the basic, relevant facts, including dates, places, and names.

1. 10-20-22, approximately 10:30am place of occurrence: Western Illinois C.C. 4 house C Wing cell 52, Correctional Officer Blake A. Law conducted a retaliation search of me and my cell. I was instructed by Blake A. Law and a unknown correcti--onal officer to sit at the back of the dayroom and wait for the search to be completed. Which lasted 20-30 mins. I then was instructed by Blake A. Law to retu--rn to my cell as i attempted to enter my cell Blake A. Law grabbed me and search--ed me again which was excessive.

My hands were in the air as Blake A. Law conducted his 2nd search, nothing was found and as a result Blake A. Law appeared to become angry and he inserted his hands inside my underwear and forcefully touched my PENIS 2 times, which was uncomfortable and beyond sexual.

### SEXUAL MISCONDUCT

2. All of these events are on Video footage here at Western Illinois C.C. Blake A. Law has been running a harassment conspiracy since 9-1-22 to 10-20-22, which ended in me being placed inside segregation, and also being violated sexually. I was forced into a suicide cell and left alone hungry and naked from 10-20-22 to 10-27-22.

3. 10-20-22 to 10-31-22, I reported these issues to Warden Brittany P. Greene- P.R.E.A and administrative review board, all requests were denied and ignored, grievance filed in regards to issues above. # 224718 # 224700E

(2)

4. 3-29-23 to 4-5-23, I was moved inside 4 house again B wing cell 50 via place-
-ment office authorized by Warden Brittany P. Greene, she was fully aware of the
Sexual misconduct case but didn't care about my safety.

5. 4-4-23 2nd shift between 4:00pm-4:30pm Blake A. Law begin to pass out instit-
-utional mail. When correctional officer Blake A. Law finally made his way to my
cell which was cell 50, Blake A. Law had some mail for me as i reached for the
mail Blake A. Law stated to me that I myself belonged to him as if i was a piece
of property. I felt frighted and unsafe. because he is protected by I.D.O.C.

6. 4-5-23, Blake A. Law requested i be moved A.S.A.P once he realized the mista-
-ke made via placement office authorized by Warden Brittany P. Greene.

**DEATH OF CELLMATE**

7. 4-5-23 2nd shift, i was moved to 3 house D wing cell 25. My cellamte Deon Mathis
# Y-47407 told me he was diagnosed schizophrenia and had a low IQ level below 68.
Partially Blind and barely could read or write Deon Mathis # Y47407 also stated
he was on Anti-Psychotic Medicine.

8. 4-11-23, between 7:45am-8:00am i woke up to brush my teeth, i asked Deon Mathis
to get up and he didn't respond so i tried to wake him but he was COLD and STIFF
i soon realized Deon Mathis was dead. I begin to cry and i pressed the emergency
button located inside the cell which alerts staff of a medical emergency for 20
mins no one came so i asked other individuals in custody to help me get staff
attention 6 to 10 mins later correctional officers finally responded to my cry
for help.

9. The investigation begin so i was handcuffed and escorted to the segregation
shower by a unknown correctional officer.

**SHOWER SEARCH**

10. Moments later another unknown correctional officer told me to strip naked b
bend over-spread my BUTT cheeks E.T.C ( All of this taken plaze in front of
another male individual in custody which was located across from the shower
between 1-2 feet apart.

**( There is a camera above the segregation shower which provide no privacy at all.)**

(3)

11. After the shower search i was locked inside receiving cell 37 for 4 Hours with no mattress-soap-tissue E.T.C.

12. I asked M.H.P,B. Little for a Crisis team because my anxiety was high- i was depressed because my cellmate died in his sleep while in the cell with me. This was my first time seeing a dead body. M.H.P  B. Little told me what i encu--red was not a crisis emergency and mental Health services, was denied from 4-11-23 to 5-8-23.

## NO HOT WATER

13. 4-11-23 to 4-26-23, i been held captive in receiving cell 37 on 24 hour Lockdown with no Hot water inside my cell. Illinois department of corrections are aware of these problems but refuse to care. there is also NO Hot Water in segregation/receiving shower. Only COLD Water which is used as a form of punish--ment.

## DELIBERATE INDIFFERENCE

14. 4-11-23 to 4-26-23, i was locked inside receiving cell 37 on 24 Hour Lockdown with a broken toliet. The toliet inside my cell would fill with urine and brown feces daily. Which comes from the cell next to me which is 38 cell. Day and night my cell would smell like urine and toxic waste. There were also insects in and around my toliet daily, i couldn't sleep for days.
The water quality here at Western Illinois C.C. is terrible and need to be tested A.S.A.P. The water inside my cell was Brown and discolored. I made Illinois dep--artment of corrections aware of conditions via grievance system. All request were denied.

## AND IGNORED DAILY

15. 4-11-23 to 4-26-23, i also tried to alert correctional officers on 1st and 2nd shift to put in a work order for all of the issues inside my cell, but no reports were made, i asked for cleaning materials daily and i would be ignored 7 days a week.

Illinois Department of Corrections failed to provide Safety and Sanitation.)

16. 4-11-23 to 4-26-23, I was treated poorly because Illinois Department of Corrections believed i was responsible for the death of my cellmate and friend Deon Mathis # Y-47407.

(4)

17. I wrote several grievances to Warden Brittany P. Greene and M.H.P, B. Little in regards to my Mental status and my living conditions and as always i was ign--ored.

GRIEVANCE SCAM CONSPIRACY

CHAIN OF COMMAND 1-4

18. 2-16-22 to 5-10-23, grievance officers Brittany P. Greene, Eric Wohlfeil, D. Hasten, Margaret Madole, is in control of a large grievance scam which is on file here at Western Illinois C.C. and the administrative review Board in Springfield.
I wrote at least 60 grievances and all of them were denied by all 4 defendants 100% of the time.
This is a clear pattern of conspiracy activity. Justice is not served because they won't allow it. The grievance system is corrupt and on file in plain view. Here at Western Illinois C.C.

GRIEVANCE FILED ON ALL ISSUES:
#231583, 231560,231496,231615,231411

I was treated inhumanely for no reason, these issue caused fear and P.T.S.D. **All events were unpleasant and cruel.**

18. 4-11-23 to 5-8-23, I was denied Medical service, Mental Health service, safety and sanitation, by Illinois Department of Corrections-Brittany P. Greene and B. Little

This suit is brought to them in there individual capacities.

(5)

Relief Requested

( State what relief you want from the court )


A declaration that the Acts and omissions my rights under
Constitution laws. A jury trial on all issues triable by
jury, defendants pay my costs in this suit compensatory
damages against each defendant jointly and separately for
$ 92,000.00- Punitive damages in the amount of $100,000.00
against each defendant any additional relief this court
deems proper and equitable. Respectfully.


Jury DEMAND     [x]     No []

    Signed this 16 day of May, 2023.


                                    John Huckabee
                                    (Signature pf Plaintiff )


John Huckabee     M-15075
Western Illinois C.C.
2500 Rt. 99 South
Mt. Sterling,IL 62353